## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.**

**JOSEPH A. VALDEZ**

_____/

**SEALED**
**INDICTMENT**

1:23cr 14-AW

**THE GRAND JURY CHARGES:**

### COUNTS ONE THROUGH FIVE

### A.  INTRODUCTION

At all times material to this Indictment:

1.      Snapchat was an American multimedia instant messaging application ("app") and service developed by Snap Inc., which was headquartered in Santa Monica, California. One of the principal features of Snapchat was that pictures and messages were usually only available for a short time before they became inaccessible to their recipients. Snapchat also allowed users to store photographs in a private password-protected area called "memories" or "my eyes only."

2.      TextNow was an app, offered by TextNow, Inc., that allowed users to make calls and send text messages over the Internet within the United States and Canada.  TextNow provided users with a phone number that can be used through


FILED USDC FLND TL
JUN 7 '23 PM3:49

its app on any smartphone, tablet, or desktop computer. TextNow, Inc. was headquartered in Canada, and had at least one office located in the United States.

3.      S.U. was a female college student who attended the University of Florida in Gainesville, Florida.

4.      L.R. was a female college student who attended Florida State University in Tallahassee, Florida.

5.      K.M. was a female college student who attended Florida State University in Tallahassee, Florida.

## B.  THE CHARGE

Between on or about June 1, 2021, and on or about December 6, 2022, in the Northern District of Florida and elsewhere, the defendant,

## JOSEPH A. VALDEZ,

did knowingly and willfully devise, and intend to devise, a scheme to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme, did cause a wire communication to be transmitted in interstate commerce.

## C.  SCHEME TO DEFRAUD

It was part of the scheme to defraud that:

1.      Using publicly available information and social media platforms,

**JOSEPH A. VALDEZ** identified young adult females located throughout the

2

United States, including S.U., L.R., and K.M., to victimize and obtained their phone numbers.

2.     **JOSEPH A. VALDEZ** attempted to access the victims' Snapchat accounts by resetting their Snapchat passwords.  To do so, **VALDEZ** entered the victims' phone numbers into the "Reset Password" feature of Snapchat.  In doing so, **VALDEZ** caused Snapchat to send a verification code via text messaging and email to the victims.

3.     Around the same time, **JOSEPH A. VALDEZ** sent text messages to the victims falsely representing that he was contacting them on behalf of Snapchat. The text messages that **VALDEZ** sent to the victims read,

> We recently noticed a suspicious sign-in attempt to your Snapchat account … from IP address 131.29.19.198. If you did not sign-in from this location, please reply to this alert with the 6-digit reset code that we have sent to you in a different notification. If you did authorize this sign-in attempt, please ignore this alert.

> We take your privacy seriously. If you are unable to verify the dispatched 6-digit reset code, your account will be locked until further verified.

> Snapchat Privacy Center

or words to that effect.

4.     If the victims responded and provided the verification code that **VALDEZ** caused to be sent to them by Snapchat, then **VALDEZ** used the verification code to access the victims' Snapchat accounts.  Once he accessed their

3

Snapchat accounts, **VALDEZ** took screenshots of the victims' subscriber information—such as their name, phone number, email address—and downloaded their saved photographs.  Some of the victims' saved photographs that **VALDEZ** unlawfully obtained included their private nude photographs.

5.      After obtaining the victims' private photographs, **JOSEPH A. VALDEZ** contacted them using TextNow and Snapchat to taunt them by bragging that he obtained their private photographs and by commenting on their bodies.

### D.  EXECUTION OF THE SCHEME

On or about the following dates, for the purpose of executing and attempting to execute the scheme to defraud, the defendant,

### JOSEPH A. VALDEZ,

knowingly did cause wire communications to be transmitted in interstate commerce, as set forth below:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| One | On or about July 5, 2021 | Text message requesting the Snapchat verification code sent to S.U. |
| Two | On or about September 10, 2021 | Text message requesting the Snapchat verification code sent to L.R. |
| Three | On or about October 14, 2021 | Snapchat message sent to K.M. |
| Four | On or about April 26, 2022 | Text message requesting the Snapchat verification code sent to S.U. |
| Five | On or about October 29, 2022 | Text message requesting the Snapchat verification code sent to S.U. |

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT SIX

On or about July 5, 2021, in the Northern District of Florida and elsewhere, the defendant,

## JOSEPH A. VALDEZ,

did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the Snapchat verification code of S.U., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, wire fraud as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 1028A(a)(1) and 2.

## COUNT SEVEN

On or about April 26, 2022, in the Northern District of Florida and elsewhere, the defendant,

## JOSEPH A. VALDEZ,

did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the Snapchat verification code of S.U., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, wire fraud as charged in Count Four of this Indictment.

In violation of Title 18, United States Code, Section 1028A(a)(1) and 2.

## COUNT EIGHT

On or about October 29, 2022, in the Northern District of Florida and elsewhere, the defendant,

**JOSEPH A. VALDEZ,**

did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the Snapchat verification code of S.U., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, wire fraud as charged in Count Five of this Indictment.

In violation of Title 18, United States Code, Section 1028A(a)(1) and 2.

## COUNT NINE

Between on or about July 5, 2021, and on or about October 30, 2022, in the Northern District of Florida and elsewhere, the defendant,

**JOSEPH A. VALDEZ,**

with the intent to injure, harass, and intimidate, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce, including text messaging and Snapchat messaging, to engage in a course of conduct that caused, attempted to cause, and would have been reasonably expected to cause substantial emotional distress to S.U.

In violation of Title 18, United States Code, Section 2261A(2)(B).

6

## COUNT TEN

On or about September 10, 2021, in the Northern District of Florida and elsewhere, the defendant,

**JOSEPH A. VALDEZ,**

with the intent to injure, harass, and intimidate, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce, including text messaging and Snapchat messaging, to engage in a course of conduct that caused, attempted to cause, and would have been reasonably expected to cause substantial emotional distress to L.R.

In violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT ELEVEN

Between on or about October 13, 2021, and on or about October 14, 2021, in the Northern District of Florida and elsewhere, the defendant,

**JOSEPH A. VALDEZ,**

with the intent to injure, harass, and intimidate, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce, including text messaging and Snapchat messaging, to engage in a course of conduct that caused,

7

attempted to cause, and would have been reasonably expected to cause substantial emotional distress to K.M.

In violation of Title 18, United States Code, Section 2261A(2)(B).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.  From his engagement in the violations alleged in Counts One through Seven of this Indictment, the defendant,

## JOSEPH A. VALDEZ,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 982(a)(2), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1343, as alleged in Counts One through Seven of this Indictment, any and all of the Defendant's right, title, and interest in any property, real and personal, constituting and derived from proceeds traceable to such offense;

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

     i.     cannot be located upon the exercise of due diligence;

     ii.    has been transferred, sold to, or deposited with a third party;

     iii.   has been placed beyond the jurisdiction of this Court;

8

iv.    has been substantially diminished in value; or

v.    has been commingled with other property that cannot be

subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to

seek forfeiture of any other property of said defendant up to the value of the

forfeitable property.

A TRUE BILL:

*Redacted*

June 6, 2023
DATE

JASON R. COODY
United States Attorney

JUSTIN M. KEEN
Assistant United States Attorney

9